NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SUSAN E. WYATT, SANDRA LOCK,　　)
and ROBERT L. NEWBERRY,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　Appellants,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　　　Case No. 2D17-4812
　　　　　　　　　　　　　　　　　　)
ANDREW J. SALTER; MARGARET　　　)
MARY O'KEEF; TIMOTHY ALLEN　　　)
KAISER; JEFF W. GOIN; MICHAEL L.　)
TERFEHR; JENNY B. TERFEHR;　　　　)
STEPHEN E. KORTA; DEBRA J.　　　　)
KORTA; RONALD HOLLMER;　　　　　)
PATRICIA HOLLMER; THE　　　　　　)
FLANDERS AIRFIELD EASEMENT　　　)
HOLDERS PROPERTY OWNERS　　　　)
ASSOCIATION, INC. f/k/a FLANDERS　 )
FIELD PROPERTY OWNERS　　　　　　)
ASSOCIATION, INC.; ROBERT LOCK;　 )
TERRY MELTON; and GAYE MELTON, )
　　　　　　　　　　　　　　　　　　)
　　　　　Appellees.　　　　　　　　)
_____)

Opinion filed October 26, 2018.

Appeal from the Circuit Court for Polk
County; Steven L. Selph, Judge.

Stephen R. Senn and Nicholas L.
Sellars of Peterson & Myers, P.A.,
Lakeland, for Appellants.

Daniel A. Fox, Benjamin W. Hardin, and

Julie Landrigan Ball of Hardin & Ball, P.A.,
Lakeland, for Appellees Andrew J. Salter;
Margaret Mary O'Keef; Timothy Allen
Kaiser; Jeff W. Goin; Michael L. Terfehr;
Jenny B. Terfehr; Stephen E. Korta; Debra
J. Korta; Ronald Hollmer; Patricia Hollmer;
The Flanders Airfield Easement Holders
Property Owners Association, Inc. f/k/a
Flanders Field Property Owners
Association, Inc.

No appearance for remaining Appellees.


PER CURIAM.


Affirmed.


KHOUZAM, MORRIS, and BADALAMENTI, JJ., Concur.